IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  96-cv-00286-RPM

KAMAL K. PATEL,

       Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

       Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

       Pursuant to the scheduling conference, it is

       ORDERED that a pretrial conference will be held on **April 7, 2006, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **http://www.cod.uscourts.gov/rules frame.htm** (Appendix G). In addition, the proposed Final Pretrial Order and proposed jury instructions shall be submitted by E-mail to **Matsch_Chambers@cod.uscourts.gov** by **March 31, 2006**.

       Dated: December 15, 2005

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____
                                      Richard P. Matsch, Senior District Judge