IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  96-cv-00286-RPM

KAMAL K. PATEL,

        Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

        Defendants.

_____

ORDER SETTING TRIAL DATE
_____

        Pursuant to the pretrial conference convened on April 12, 2006, it is

        ORDERED that this matter is set for trial to jury (video conference) on **December 18, 2006, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in **Courtroom 202, Second Floor, the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado**.  Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

        Dated:  April 14, 2006

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge