IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  96-cv-00286-RPM

KAMAL K. PATEL,

        Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

        Defendants.

---

ORDER DENYING MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

The plaintiff's civil action is scheduled for trial to a jury of 12 members on December 18, 2006.  The plaintiff is serving a sentence to imprisonment at Butner Medical Center, FMC, Butner, North Carolina.  Today, counsel for the plaintiff filed a motion for writ of habeas corpus ad testificandum to permit him to appear at the trial of this action in which he will be both a party and a witness.  Satisfactory arrangements have been made for the plaintiff to appear and attend this trial by video conference and to be able to testify and confer with his attorneys by video conference and telephonically.  There is no means to pay for the transportation and housing of Mr. Patel for the purpose of his civil action and, accordingly, the motion for a writ must be denied.  It is therefore

ORDERED that the Plaintiff's Unopposed Motion for Writ of Habeas Corpus ad Testificandum is denied.

Dated:  November 30, 2006

                                                    BY THE COURT:
                                                    s/Richard P. Matsch
                                                    _____
                                                    Richard P. Matsch, Senior District Judge