IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-286-RPM

KAMAL K. PATEL,

      Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

      Defendants.

_____

## ORDER ALLOWING BARBARA WAKEEN
## TO TESTIFY AT TRIAL BY VIDEO CONFERENCE
_____

This matter comes before the Court on the Defendants' Unopposed Motion to Allow Barbara Wakeen to Testify at Trial by Video Conference.  The Motion is granted.  Barbara Wakeen may testify at trial by video conference pursuant to Fed. R. Civ. P. 43(a).  Counsel for the Defendants is directed to continue to work with this Court's staff and the Clerk's Office of this Court to address all issues related to the video conference testimony of Ms. Wakeen.

Dated this 7th day of December, 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge