IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-286-RPM

KAMAL K. PATEL,

    Plaintiff,
v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

    Defendants.

---

ORDER ALLOWING PLAINTIFF KAMAL PATEL AND
DEFENDANT LOU ROCKVAM TO PARTICIPATE AT TRIAL
BY VIDEO CONFERENCE AND TELEPHONE

---

    This matter comes before the Court on the parties' Joint Motion to Allow Plaintiff Kamal Patel and Defendant Lou Rockvam to Participate at Trial by Video Conference and Telephone. The Joint Motion is granted.

    Plaintiff Kamal Patel and Defendant Lou Rockvam may both testify at trial by video conference pursuant to Fed. R. Civ. P. 43(a). In addition, Plaintiff and Defendant Rockvam may assist their counsel at trial as feasible and practicable by both video conference and telephone. Counsel for the parties is directed to continue to work with this Court's staff and the Clerk's Office of this Court to address all issues related to the remote participation of Plaintiff and Defendant Rockvam. Counsel for the parties are also directed to assist the Court with working

with appropriate representatives of the United States Bureau of Prisons to address all such issues as well.

Dated this 7th day of December 2006.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch
United States District Judge