IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-CV-00286-RPM

KAMAL K. PATEL,

Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

Defendants.

---

**ORDER DIRECTING THE BUREAU OF PRISONS AND ITS EMPLOYEES
AND AGENTS TO ALLOW JOE ALLEN BOUNDS TO
TESTIFY AT TRIAL VIA VIDEO CONFERENCE**

---

THIS MATTER comes before the Court on Plaintiff Kamal K. Patel' Unopposed Motion for an Order Directing the Bureau of Prisons and its Employees and Agents to Allow Joe Allen Bounds to Testify at Trial via Video Conference. The Court hereby **GRANTS** the Motion.

Joe Allen Bounds shall be allowed testify at trial via video conference pursuant to Fed. R. Civ. P. 43(a); and Counsel for the Defendants are directed to continue working with this Court's staff and the Clerk's Office of this Court to address all issues related to this testimony

Dated this ___11th___ day of _December_, 2006

BY THE COURT:

_____
Richard P. Matsch

fb.us.1705009.01