**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:               December 15, 2006
Courtroom Deputy:   J. Chris Smith
FTR Technician:     Kathy Terasaki

_____

Civil Action No. 96-cv-00286-RPM

KAMAL K. PATEL,                                                Patrick Carrigan
                                                               Jeffrey Roberts
        Plaintiff,

v.

TOM WOOTEN,                                                    Andrew Ringel
LOU ROCKVAM,
JENNY ROPER and
WENDELL BELL,

        Defendants.
_____

**COURTROOM MINUTES**
_____

**Trial Preparation Conference**

**10:00 a.m.     Court in session.**

Court's preliminary remarks.

Court tenders its proposed Statement of Case to counsel for review.
Counsel state they have no objections to the statement.

Discussion and argument by Mr. Carrigan and Mr. RIngel regarding Defendants' Motion to Limit Evidence Regarding Defendant Lou Rockvam's Prior Conviction, filed December 20, 2006 [220].

**ORDERED:   Defendants' Motion to Limit Evidence Regarding Defendant Lou Rockvam's
            Prior Conviction, filed December 20, 2006 [220], granted.**

Discussion and arguments by Mr. Carrigan, Mr. Ringel and Mr. Roberts regarding proposed voir dire, witnesses, jury instructions, verdict form and anticipated evidence (Common Fair Diet, Religious Restoration Act, Religious practices and apportionment of damages).

Counsel agree to Court's statement to jury regarding representation.

December 15, 2006
96-cv-00286-RPM

**ORDERED:    Trial shall be to a jury of eight.**

Court states its jury selection and voir dire procedure.

Discussion regarding courtroom video equipment set up.

Discussion regarding Plaintiff's Notice Regarding Disruption In Plaintiff Kamel Patel's Appearance At Trial Via Video-conference, filed December 13, 2006 [229].

**ORDERED:    Trial schedule will not be interrupted [229].**

Discussion regarding anticipated length of opening statements and trial.

Discussion regarding exhibits.

**Court states opinions shall not be part of an expert's report and federal judgment is excluded.**

Court states it's jury instruction practice.

**ORDERED:    Plaintiff's Request to Refer to the  B.O.P. Training Manuel 5360.01 is
                     denied.**

**10:45 a.m.     Court in recess.**

Hearing concluded.   Total time: 45 min.