IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-00286-RPM-CBS

KAMAL K. PATEL,

        Plaintiff,

v.

TOM WOOTEN,
LOU RICKVAM,
JENNY ROPER, and
WENDELL BELL,

        Defendants.

ORDER TO CURE DEFICIENCY

Matsch, Senior Judge

        Plaintiff submitted a Motion to Continue this Case In Forma Pauperis on February 9, 2007. The court has determined that the document (s) is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      ___   is not submitted
      ___   is missing affidavit
      X   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
      ___   is missing required financial information
      ___   is missing an original signature by the prisoner
      X   is not on proper form (must use the court's current form)
      ___   other_____

1

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 12th day of February, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
SENIOR JUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO