IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  96-cv-00286-RPM

KAMAL K. PATEL,

        Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

        Defendants.

---

## ORDER ON MOTIONS

---

Upon review of the post-verdict pleadings in this matter, it is

ORDERED that the motion of defendants Jenny Roper and Wendell Bell to amend the judgment to award costs under Fed.R.Civ.P. 54(d) is denied because the plaintiff in this matter is a prisoner who was represented by volunteer counsel and who has no apparent capacity to pay costs.  It is

FURTHER ORDERED that the motion for judgment as a matter of law from defendants Tom Wooten and Lou Rockvam, filed January 24, 2007, is denied.  It is

FURTHER ORDERED that the plaintiff's motion to amend judgment to include award of pre-judgment interest is denied for lack of authority to grant that relief, given that the claim is under federal, not state law.

Dated:  March 12, 2007

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge