IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 96-cv-00286-RPM-CBS

KAMAL K. PATEL,

    Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

    Defendants.
_____

**ORDER GRANTING MOTION FOR ORDER ALLOWING DEPOSIT INTO COURT REGISTRY FROM DEFENDANTS TOM WOOTEN AND LOU ROCKVAM**
_____

    This matter comes before this Court pursuant to the Motion for Order Allowing Deposit into Court Registry from Defendants Tom Wooten and Lou Rockvam.  Defendants request permission from this Court to deposit the amount of the judgment, the taxed costs, and any applicable accrued post-judgment interest into the registry of this Court pursuant to Fed. R. Civ. P. 67 and D.C.Colo.LCiv.R. 67.2.  The Court believes the Defendants' request is an appropriate invocation of Fed. R. Civ. P. 67 and D.C.Colo.LCiv.R. 67.2 and therefore grants the Defendants' Motion.

    The Clerk of this Court is authorized to accept a deposit in the registry of this Court from Defendants Tom Wooten and Lou Rockvam and is directed to handle such a deposit pursuant to the requirements of D.C.Colo.LCiv.R. 67.2 and the Court Registry Investment System.

    Dated this 11th, day of October, 2007.

    By the Court:

    s/ Richard P. Matsch
    _____
    Richard P. Matsch
    United States District Court Judge