IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  96-cv-00286-RPM

KAMAL K. PATEL,

                    Plaintiff,

v.

TOM WOOTEN,
LOU ROCKVAM,
JENNY ROPER, and
WENDELL BELL,

               Defendants.
_____

ORDER DENYING MOTION FOR ATTORNEY FEES
_____

        On August 14, 2007, Plaintiff Kamal K. Patel, representing himself after

withdrawal of his attorneys in this matter, filed a motion for attorney's fees of

$245,760.00.  At that time this case was on appeal pursuant to the plaintiff's notice of

appeal.  The Tenth Circuit Court of Appeals affirmed this Court's rulings by an Order

and Judgment dated February 12, 2008, and denied the petition for rehearing on March

6, 2008, with a mandate issued March 14, 2008.  Subsequently, the plaintiff requested

disbursement of funds from the court registry where they had been placed by the

defendants Tom Wooten and Lou Rockvam pursuant to this Court's judgment.  The

plaintiff has a minimal recovery in this case and the case has been concluded by the

satisfaction of judgment entered pursuant to the plaintiff's request for disbursement of

funds.  Accordingly, it is

ORDERED that the motion for award of attorney fees is denied.

Dated: April 8th, 2008

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge